```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                04 cr 1229 (JGK)

          -against-

GUILLERMO MATEO,
                Defendant.
------------------------------------------------------------X
GUILLERMO MATEO,
                Petitioner,

                                                07 civ 6054 (JGK)

          -against-

UNITED STATES OF AMERICA
                Respondent.
------------------------------------------------------------X

## ORDER

      It is hereby order that Thomas F.X. Dunn, Esq. is hereby appointed as counsel for the defendant/petitioner Guillermo Mateo for all purposes. The appointment shall be nunc pro tunc as of October 3, 2007.

**SO ORDERED.**

                                                                  JOHN G. KOELTL
                                            UNITED STATES DISTRICT JUDGE

Dated: New York, New York
          January 16, 2008