UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __45__

---------------------------------------

USA

-v-

Mateo

---------------------------------------

U.S.C.A. # __08-1131__

U.S.D.C. # __04-cr-1229__
__07-cv-6054__

JUDGE: __JGK__

DATE: __MAY 14, 2008__

[Stamp: U.S. DISTRICT COURT FILED MAY 14 2008]

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** --------

**DOCUMENT DESCRIPTION**                                                          DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **

(✓) Original Record                                               (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 14th Day of May, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

USA

-v-

Mateo

------------------------------------------------

U.S.C.A. # 08-1131
         04-cr-1225
U.S.D.C. # 07-cv-6054

JUDGE: JGK

DATE: May 14, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |
| | |
| | **BALANCE OF FILE MISSING AT THIS TIME** |
| | |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 14th Day of May In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
       Deputy Clerk

APPEAL, CLOSED, ECF

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CRIMINAL DOCKET FOR CASE #: 1:04-cr-01229-JGK-1**
**Internal Use Only**

Case title: USA v. Mateo  
Related Case: 1:07-cv-06054-JGK  

Date Filed: 11/18/2004  
Date Terminated: 08/31/2006

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2004 | 1 | SEALED INDICTMENT as to Sealed Defendant 1 (1) count(s) 1. (jm, ) (Entered: 06/29/2005) |
| 06/28/2005 | 2 | Order to Unseal Indictment as to Sealed Defendant 1.. (Signed by Judge Kevin Nathaniel Fox on 6/28/05)(jm, ) (Entered: 06/29/2005) |
| 06/28/2005 | | INDICTMENT UNSEALED as to Guillermo Mateo.(jm, ) (Entered: 06/29/2005) |
| 06/28/2005 | | Case Designated ECF as to Guillermo Mateo.(jm, ) (Entered: 06/29/2005) |
| 06/29/2005 | | Arrest of Guillermo Mateo. (kwi, ) (Entered: 07/05/2005) |
| 06/29/2005 | | Minute Entry for proceedings held before Judge Kevin Nathaniel Fox :Initial Appearance as to Guillermo Mateo held on 6/29/2005. Defendant present with CJA Richard Palma, Spanish Interp. and AUSA Elie Honig for the government. Detention without prejudice. (kwi, ) Modified on 7/7/2005 (kwi, ). (Entered: 07/05/2005) |
| 06/29/2005 | | Minute Entry for proceedings held before Judge Kevin Nathaniel Fox : As to Guillermo Mateo Pretrial Conference set for 7/7/2005 04:00 PM before Judge John G. Koeltl. (kwi, ) (Entered: 07/05/2005) |
| 06/29/2005 | 5 | MEDICAL ATTENTION ORDER as to Guillermo Mateo (Signed by Judge Kevin Nathaniel Fox on 6/29/05)(vb, ) (Entered: 07/06/2005) |
| 06/29/2005 | 7 | CJA 20 as to Guillermo Mateo: Appointment of Attorney Richard Palma for Guillermo Mateo.. (Signed by Judge Kevin Nathaniel Fox on 6/29/05) The CJA Office has mailed the original to the attorney and sent a copy to the case file.(pa, ) (Entered: 08/02/2005) |
| 07/07/2005 | | Minute Entry for proceedings held before Judge John G. Koeltl :Arraignment as to Guillermo Mateo (1) Count 1 held on 7/7/2005. Deft. present w/atty. Jorge Guttlein & AUSA Elie Honig.Deft. cont'd detained. (Court Reporter Karen Gorloski & spanish interpreter Elizabeth Caruso) (pr, ) (Entered: 07/21/2005) |
| 07/07/2005 | | Minute Entry for proceedings held before Judge John G. Koeltl : Plea entered by Guillermo Mateo (1) Count 1 Not Guilty. (pr, ) (Entered: 07/21/2005) |
| 07/07/2005 | | ORAL ORDER as to Guillermo Mateo PTC adj. to 9/1/05 @ 4:30 PM. (oRDERED by Judge John G. Koeltl on 7/7/05)(pr, ) (Entered: 07/21/2005) |
| 07/07/2005 | | Set/Reset Hearings as to Guillermo Mateo: Pretrial Conference set for 9/1/2005 04:30 PM before Judge John G. Koeltl..(pr, ) (Entered: 07/21/2005) |
| 07/07/2005 | | ORAL ORDER as to Guillermo Mateo Time excluded from 7/7/05 until 9/1/05.. (Ordered by Judge John G. Koeltl on 7/7/05)(pr, ) (Entered: 07/21/2005) |
| 07/08/2005 | 6 | SPEEDY TRIAL ORDER as to Guillermo Mateo. The parties are directed to appear for a conference on Thursday, 9/1/05 at 4:30 p.m. before the Honorable John G. Koeltl. The Court prospectively excludes the time from today until 9/1/05 in calculating the speedy trial date under 18 U.S.C. 3161. (Signed by Judge John G. Koeltl on 7/7/05)(bw, ) (Entered: 07/11/2005) |
| 08/03/2005 | 8 | NOTICE OF ATTORNEY APPEARANCE: Jorge De Jesus Guttlein appearing for Guillermo Mateo. (pr, ) (Entered: 08/11/2005) |
| 09/01/2005 | 9 | SPEEDY TRIAL ORDER as to Guillermo Mateo. The parties are directed to appear for a conference on 10/6/05 at 4:30 p.m. The Court prospectively excludes the time from today, 9/1/05, until 10/6/05 from Speedy Trial Act calculations. This Order is entered pursuant to 18 U.S.C. Section 3161(h)(8)(A). (Signed by Judge John G. Koeltl on 9/1/05)(bw, ) (Entered: 09/19/2005) |
| 09/01/2005 | | Minute Entry for proceedings held before Judge John G. Koeltl :Pretrial Conference as to Guillermo Mateo held on 9/1/2005 Deft. pres. w/atty Jorge Guttlein & AUSA Elie Honig spanish interpreter Perer Anderson.Next cont. 10/6/05 @ 4:30 PM. Time excluded 9/1/05 to 10/6/05., Deft. cont'd detained.(Court Reporter Steven Greenblum) (pr, ) (Entered: 11/17/2005) |
| 09/01/2005 | | ORAL ORDER as to Guillermo Mateo. Pretrial Conference adjourned to 10/6/2005 04:30 PM before Judge John G. Koeltl..(by Judge John G. Koeltl on 9/1/05)(pr, ) (Entered: 11/17/2005) |
| 09/01/2005 | | ORAL ORDER as to Guillermo Mateo Time excluded from 9/1/05 until 10/6/05.(by Judge John G. Koeltl on 9/1/05)(pr, ) (Entered: 11/17/2005) |
| 11/01/2005 | 10 | SPEEDY TRIAL ORDER as to Guillermo Mateo. The parties are directed to appear for a conference on Tuesday, 11/1/05 at 4:30 p.m. before the Honorable John G. Koeltl. The Court prospectively excludes the time from today until 11/1/05 in calculating the speedy trial date under 18 U.S.C. 3161. (Signed by Judge John G. Koeltl on 10/6/05)(bw, ) (Entered: 11/02/2005) |
| 11/01/2005 | 11 | SPEEDY TRIAL ORDER as to Guillermo Mateo. The parties are directed to appear for a conference on 12/9/05 at 3:00 p.m. The Court prospectively excludes the time from today, 11/1/05, until 12/9/05 from Speedy Trial Act calculations. (Signed by Judge John G. Koeltl on 11/1/05)(bw, ) (Entered: 11/02/2005) |
| 12/12/2005 | 12 | ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT as to Guillermo Mateo. Time excluded from 12/8/05 until 1/9/06. The parties are directed to appear for a conference on 1/9/06 at 4:30 p.m. (Signed by Judge John G. Koeltl on 12/8/05)(kw, ) (Entered: 12/13/2005) |
| 12/12/2005 | | Set/Reset Hearings as to Guillermo Mateo: Pretrial Conference set for 1/9/2006 at 04:30 PM before Judge John G. Koeltl.(kw, ) (Entered: 12/13/2005) |

| Date | # | Description |
|---|---|---|
| 01/09/2006 | 13 | SPEEDY TRIAL ORDER as to Guillermo Mateo. The parties are directed to appear for a conference on 2/17/06 at 10:30 a.m. The Court prospectively excludes the time from today, 1/9/06, until 2/17/06 from Speedy Trial Act calculations. This Order is entered pursuant to 18 U.S.C. Section 3161(h)(8)(A). (Signed by Judge John G. Koeltl on 1/9/06)(bw, ) (Entered: 01/10/2006) |
| 01/09/2006 | | Minute Entry for proceedings held before Judge John G. Koeltl :Pretrial Conference as to Guillermo Mateo held on 1/9/2006. Deft. pres. with atty Andres Aranda. AUSA Elie Honig, reporter Denise Richards. Spanish Interpreter Walter Krochmal. Aranda & Guttlein replaced by Joyce London for all purposes. Pretrial conference. Adjourned to 2/17/2006 at 10:30am. Time excluded from 1/9/2006 - 2/17/2006. Deft cont'd detained. (jar, ) (Entered: 01/10/2006) |
| 01/09/2006 | 16 | CJA 20 as to Guillermo Mateo: Appointment of Attorney Joyce London for Guillermo Mateo.. (Signed by Judge John G. Koeltl on 1/23/06) CJA Office has mailed original; Copy file.(kwi, ) (Entered: 01/27/2006) |
| 01/10/2006 | 14 | NOTICE OF ATTORNEY APPEARANCE: Joyce C. London appearing for Guillermo Mateo. (bw, ) (Entered: 01/11/2006) |
| 01/10/2006 | 15 | ORDER as to Guillermo Mateo. It is hereby ordered that Joyce C. London, Esq. be appointed under the Criminal Justice Act to represent the above-named deft for all purposes, replaciing retained counsel from Aranda & Guttlein. (Signed by Judge John G. Koeltl on 1/9/06)(bw, ) (Entered: 01/11/2006) |
| 01/10/2006 | | Attorney update in case as to Guillermo Mateo. Attorney Jorge De Jesus Guttlein terminated.(bw, ) (Entered: 01/11/2006) |
| 02/17/2006 | 17 | ORDER as to Guillermo Mateo. The parties are directed to appear for a conference on 3/21/06 at 4:30 p.m. The Court prospectively excludes the time from today, 2/17/06, until 3/21/06 from Speedy Trial Act calculations. This Order is entered pursuant to 18 U.S.C. Section 3161(h)(8)(A). (Signed by Judge John G. Koeltl on 2/17/06)(bw, ) (Entered: 02/17/2006) |
| 02/17/2006 | | Set/Reset Hearings as to Guillermo Mateo: Pretrial Conference set for 3/21/2006 04:30 PM before Judge John G. Koeltl.(bw, ) (Entered: 02/17/2006) |
| 02/17/2006 | | Minute Entry for proceedings held before Judge John G. Koeltl :Pretrial Conference as to Guillermo Mateo held on 2/17/2006 deft. pres. w/atty Joyce London & AUSA Elie Honig. Conf. adj. to 3/21/06 @ 4:30 PM. Time excluded from 2/17/06 to 3/21/06. Deft. cont'd detained.(Court Reporter Sandra Miaskoff spanish interpreter Matilda DiFerrari) (pr, ) (Entered: 03/16/2006) |
| 02/17/2006 | | ORAL ORDER as to Guillermo Mateo. Pretrial Conference set for 3/21/2006 04:30 PM before Judge John G. Koeltl..(by Judge John G. Koeltl on 2/17/06)(pr, ) (Entered: 03/16/2006) |
| 02/17/2006 | | ORAL ORDER as to Guillermo Mateo Time excluded from 2/17/06 until 3/21/06.(by Judge John G. Koeltl on 2/17/06)(pr, ) (Entered: 03/16/2006) |
| 03/21/2006 | | Minute Entry for proceedings held before Judge John G. Koeltl :Pretrial Conference as to Guillermo Mateo held on 3/21/2006. Deft present with atty Joyce London. AUSA Elie Honig, Reporter Steve Greenblum, Spanish Interpreter Walter Krochmal, all are present. Pretrial conference held. Adjourned to 4/27/2006 at 4:30p.m. Time excluded from 3/21/2006 to 4/27/2006. Deft continued detained. (jar, ) (Entered: 03/29/2006) |
| 03/22/2006 | 18 | SPEEDY TRIAL ORDER as to Guillermo Mateo. The parties are directed to appear for a conference on 4/27/06 at 4:30 p.m.... The Court prospectively excludes the time from today, 3/21/06, until 4/27/06, from Speedy Trial Act calculations. This Order is entered pursuant to 18 U.S.C. Section 3161(h)(8)(A). (Signed by Judge John G. Koeltl on 3/21/06)(bw, ) (Entered: 03/22/2006) |
| 03/22/2006 | | Set/Reset Hearings as to Guillermo Mateo: Pretrial Conference set for 4/27/2006 04:30 PM before Judge John G. Koeltl.(bw, ) (Entered: 03/22/2006) |
| 04/27/2006 | 19 | SPEEDY TRIAL ORDER as to Guillermo Mateo.Parties are directed to appear for a conference on Friday 5/19/06 @ 10:30 AM. Court excludes the time from today until 5/19/06 as indicated. So Ordered . (Signed by Judge John G. Koeltl on 4/27/06)(pr, ) (Entered: 04/28/2006) |
| 04/27/2006 | | Set/Reset Hearings as to Guillermo Mateo: Pretrial Conference set for 5/19/2006 10:30 AM before Judge John G. Koeltl..(pr, ) (Entered: 04/28/2006) |
| 05/19/2006 | | Minute Entry for proceedings held before Judge John G. Koeltl :Arraignment as to Guillermo Mateo (1) Count 1 held on 5/19/2006. Deft. pres. w/atty Joyce London, AUSA Elie Honig pres. Deft. pleads guilty to 1 count indictment. Sentence date 8/25/06, PSI ordered. Deft. cont'd detained. (Court Reporter Steven Griffing, interpreter David Mintz) (pr, ) (Entered: 05/22/2006) |
| 05/19/2006 | | Minute Entry for proceedings held before Judge John G. Koeltl : Plea entered by Guillermo Mateo (1) Guilty as to Count 1. (pr, ) (Entered: 05/22/2006) |
| 05/19/2006 | | ORDER FOR PRE-SENTENCE INVESTIGATION REPORT as to Guillermo Mateo(by Judge John G. Koeltl on 5/19/06)(pr, ) (Entered: 05/22/2006) |
| 05/19/2006 | | ORAL ORDER as to Guillermo Mateo. Sentencing set for 8/25/2006 09:30 PM before Judge John G. Koeltl..(by Judge John G. Koeltl on 5/19/06)(pr, ) (Entered: 05/22/2006) |
| 06/26/2006 | 20 | TRANSCRIPT of Proceedings as to Guillermo Mateo held on 5/19/06 before Judge John G. Koeltl. (tro, ) (Entered: 06/26/2006) |
| 08/21/2006 | 21 | SENTENCING MEMORANDUM by Guillermo Mateo. (Attachments: # 1 Exhibit Defendant'sLetter re: Jail Conditions)(London, Joyce) (Entered: 08/21/2006) |
| 08/25/2006 | | Minute Entry for proceedings held before Judge John G. Koeltl :Sentencing held on 8/25/2006 for Guillermo Mateo (1) Count 1. [See Judgment filed on 8/31/06] (bw, ) (Entered: 08/31/2006) |
| 08/31/2006 | 22 | JUDGMENT In A Criminal Case. Defendant's Attorney: Joyce C. London. Defendant Guillermo Mateo (1) pleaded guilty to Count(s) 1 of the Indictment. Imprisonment: 87 months. The court makes the following recommendations to the Bureau of Prisons: That the defendant be incarcerated at FCI Ft. Dix, NJ, or alternatively, in the New York area, so that he can be close to his family. Supervised Release: 3 years. The defendant shall obey all immigration laws and follow the directives of the immigration authorities. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA as directed by the probation officer. Additional Supervised Release Terms (see p.3a of judgment). Assessment: $100.00. The special assessment shall be due immediately. (Signed by Judge John G. Koeltl on 8/29/06)(bw, ) (Entered: 08/31/2006) |
| 08/31/2006 | | Judgment entered in money judgment book as #06,1945 as to Guillermo Mateo in the amount of $ 100.00, re: 22 Judgment. (dt, ) (Entered: 09/06/2006) |
| 11/06/2006 | 23 | Judgment Returned Executed for 22 Judgment as to Guillermo Mateo on 10/19/2006. Defendant committed to MVCC. (jar, ) (Entered: 11/07/2006) |
| 01/18/2007 | | Payment of Fine from Guillermo Mateo in the amount of $100.00. Date Received: 1/18/07. (mn) (Entered: 01/18/2007) |

| Date | # | Description |
|---|---|---|
| 04/17/2007 | 25 | TRANSCRIPT of Proceedings as to Guillermo Mateo held on 9/25/06 before Judge John G. Koeltl. (jbe) (Entered: 04/17/2007) |
| 06/04/2007 | 26 | MOTION to Amend Defendant's Presentence Investigation Report pursuant to Fed. R. Crim. Proc. 36. Document filed by Guillermo Mateo. Dated 5/30/07. (bw) (Entered: 06/07/2007) |
| 06/12/2007 | 27 | ORDER as to Guillermo Mateo., as to Guillermo Mateo;Deft Replies due by 7/13/2007. Government Responses due by 6/29/2007. The Court has received a motion from the deft filed on June 4, 2007 which seeks to amend his pre-sentence report. The Government should respond by June 29, 2007. The deft may reply by July 13, 2007. (Signed by Judge John G. Koeltl on 6/11/07)(jw) (Entered: 06/12/2007) |
| 06/12/2007 | 28 | ENDORSED LETTER as to Guillermo Mateo addressed to Judge Koeltl from Elie Honig dated 6/12/07 re: Reschedule Briefing., as to Guillermo Mateo;Deft Replies due by 8/3/2007. Government Responses due by 7/17/2007.. ENDORSEMENT...Application Granted. Government time to respond extended to July 17, 2007. Deft's time to reply extended to August 3, 2007. SO ORDERED. (Signed by Judge John G. Koeltl on 6/12/07)(jw) (Entered: 06/13/2007) |
| 07/05/2007 | | MOTION to Vacate under 28 U.S.C. 2255.Document filed by Guillermo Mateo. (laq) Civil case 1:07-cv-6054 opened. (Entered: 07/05/2007) |
| 07/11/2007 | 29 | AFFIDAVIT of Joyce C. London in Opposition as to Guillermo Mateo re: MOTION to Vacate under 28 U.S.C. 2255. (London, Joyce) (Entered: 07/11/2007) |
| 07/11/2007 | 30 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - MOTION to Vacate under 28 U.S.C. 2255 (Government's Opposition to Defendant's Motion(MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO VACATE) Document filed by USA as to Guillermo Mateo. (Honig, Elie) Modified on 7/12/2007 (KA). (Entered: 07/11/2007) |
| 07/12/2007 | | NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Elie Honig as to Guillermo Mateo: to RE-FILE Document 30 MOTION to Vacate under 28 U.S.C. 2255 (Government's Opposition to Defendant's Motion). Use the document type Memorandum of Law in Opposition of Motion found under the document list Replies, Opposition and Supporting Document. (KA) (Entered: 07/12/2007) |
| 07/12/2007 | 31 | MEMORANDUM in Opposition by USA as to Guillermo Mateo re MOTION to Vacate under 28 U.S.C. 2255. (Attachments: # 1 Plea Agreement)(Honig, Elie) (Entered: 07/12/2007) |
| 07/23/2007 | 32 | MOTION for Extension of Time to Respond to Government's Answer to Movant's 2255 Motion. Document filed by Guillermo Mateo. (ja) (Entered: 07/26/2007) |
| 07/25/2007 | 33 | ORDER as to Guillermo Mateo. The deft has moved for an additional 30 days to submit a reply on his motion pursuant to 28 U.S.C. Section 2255. The deft's time to reply is extended until 8/24/07. (Signed by Judge John G. Koeltl on 7/24/07); refer to 07-cv-6054(JGK) also. (bw) (Entered: 07/26/2007) |
| 07/25/2007 | 34 | ORDER as to Guillermo Mateo. The dft's time to Reply on his motion pursuant to 28 USC 2255 is extended to 8/24/2007. (Signed by Judge John G. Koeltl on 7/24/2007)(jar) (Entered: 07/26/2007) |
| 08/13/2007 | 35 | Movant's Answer to Government's Reply to his Section 2255 Motion. Document filed by Guillermo Mateo. (bw) (Entered: 08/20/2007) |
| 08/29/2007 | 36 | ORDER as to Guillermo Mateo. The Petitioner's motion to appoint counsel is denied without prejudice to renewal for failure to make the required showing at this time. (Signed by Judge John G. Koeltl on 8/28/2007) (jar) (Entered: 08/29/2007) |
| 10/11/2007 | 37 | ORDER as to Guillermo Mateo. The Court has appointed counsel for the petitioner in view of the determination of the Court to hold an evidentiary hearing. The appointment of counsel for the petitioner is for all purposes in connection with the pending motion. See Fed. R. Governing Sec 2255 Cases 8(c); Daryl Graham v. Leonard Portuondo, et al., No. 04-1315-PR, 2007 WL 2850293 (2d Cir. Oct. 3, 2007). The Court will provide any additional time that counsel needs to prepare. See Fed. R. Governing Sec. 2255 Cases 8(c). SO ORDERED. (Signed by Judge John G. Koeltl on 10/11/07)(ja) (Entered: 10/12/2007) |
| 10/15/2007 | | Payment of Fine from Guillermo Mateo in the amount of $25.00. Date Received: 10/15/07. (mn) (Entered: 10/15/2007) |
| 10/18/2007 | 38 | ENDORSED LETTER as to Guillermo Mateo addressed to Judge Koeltl from AUSA Elie Honig dated 10/9/07 re: submitted to request that the 10/10/07 2:00 p.m. hearing be adjourned until 10/16/07 at 2:30 p.m. ENDORSEMENT: Application Granted. (Signed by Judge John G. Koeltl on 10/9/07)(bw) (Entered: 10/19/2007) |
| 11/07/2007 | 39 | TRANSCRIPT of Proceedings as to Guillermo Mateo held on 10/16/07 before Judge John G. Koeltl. (db) (Entered: 11/07/2007) |
| 01/07/2008 | 40 | OPINION AND ORDER dismissing 26 Motion to Amend/Correct as to Guillermo Mateo (1); The court has considered all of the petitioner's arguments. To the extent not specifically addressed above, they are either moot or without merit. The petitioner's motion's are therefore DENIED. Because the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a COA purs to 28:2253(c). The clerk is directed to enter a judgment dismissing the petition and denying the motion to amend the pre-sentence report and close the cases, 04cr1229 & 07cv6054 (JGK). So ordered. (Signed by Judge John G. Koeltl on 12/7/07) (pr) Modified on 1/8/2008 (pr). (Entered: 01/08/2008) |
| 01/08/2008 | | CLERK'S JUDGMENT in favor of USA against Guillermo Mateo that the petition is denied as is the issuance of a certificate of appealabilty. (Signed by J Michael Mc Mahon, Clerk on 1/8/08). (Orig. doc. filed in case no. 07cv6054, doc. #5) (ae) (Entered: 01/11/2008) |
| 01/11/2008 | 41 | TRANSCRIPT of Proceedings as to Guillermo Mateo held on 10/16/07 before Judge John G. Koeltl. (bw) (Entered: 01/11/2008) |
| 01/18/2008 | 42 | ORDER as to Guillermo Mateo. It is hereby ordered that Thomas F.X. Dunn, Esq. is hereby appointed as counsel for the defendant/petitioner Guillermo Mateo for all purposes. The appointment shall be nunc pro tunc as of October 3, 2007. So Ordered (Signed by Judge John G. Koeltl on 1/16/08)(pr) (Entered: 01/22/2008) |
| 01/18/2008 | | Attorney update in case as to Guillermo Mateo. Attorney Thomas Francis Dunn for and added.. (pr) (Entered: 01/22/2008) |
| 03/03/2008 | 43 | TRANSCRIPT of Proceedings as to Guillermo Mateo held on 10/3/07 @ 11:10AM before Judge John G. Koeltl. (pr) (Entered: 03/03/2008) |
| 03/03/2008 | 44 | NOTICE OF APPEAL by Guillermo Mateo from the 1/8/08 Civil Judgment. Copies mailed to attorney(s) of record: A.U.S.A. (tp) (Entered: 03/07/2008) |
| 03/03/2008 | | Appeal Remark as to Guillermo Mateo re: 44 Notice of Appeal - Final Judgment. CJA GRANTED 10/3/07. COA DENIED 12/7/07. (tp) (Entered: 03/07/2008) |
| 03/05/2008 | | MEMORANDUM TO THE DOCKET CLERK: as to Guillermo Mateo, # 53183-054, Moshannon Valley Correctional Facility, 555 I Cornell Drive, Philipsbury, PA 16866 (jmi) (Entered: 03/05/2008) |

| 03/07/2008 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Guillermo Mateo to US Court of Appeals re: 44 Notice of Appeal - Final Judgment. (tp) (Entered: 03/07/2008) |

2255, APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06054-JGK
### Internal Use Only

Guillermo Mateo 1 v. USA  
Assigned to: Judge John G. Koeltl  
Related Case: 1:04-cr-01229-JGK-1  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc  

Date Filed: 06/26/2007  
Date Terminated: 01/08/2008  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant  

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2007 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (28 U.S.C. 2255). NO FURTHER ENTRIES. PLEASE SEE CRIMINAL CASE: 04-cr-1229.Document filed by Guillermo Mateo.(laq) (Entered: 07/05/2007) |
| 06/26/2007 | 2 | MEMORANDUM OF LAW in Support re: 1 Motion to Vacate/Set Aside/Correct Sentence (2255). Document filed by Guillermo Mateo. (laq) (Entered: 07/05/2007) |
| 06/26/2007 | | Magistrate Judge Douglas F. Eaton is so designated. (laq) (Entered: 07/05/2007) |
| 07/25/2007 | | ORDER as to Guillermo Mateo. The deft has moved for an additional 30 days to submit a reply on his motion pursuant to 28 U.S.C. Section 2255. The deft's time to reply is extended until 8/24/07. (Signed by Judge John G. Koeltl on 7/24/07) [*** Note: Original document filed as doc.#33 in 04-cr-1229(JGK) ***] (bw) (Entered: 07/26/2007) |
| 08/27/2007 | 3 | MOTION to Appoint Counsel. MOTION for Leave to Proceed in forma pauperis. Document filed by Guillermo Mateo.(jar) (Entered: 08/30/2007) |
| 10/03/2007 | 7 | CJA 20: Appointment of Attorney Thomas Francis Dunn for Guillermo Mateo. (Signed by Judge John G. Koeltl on 1/29/08) CJA Office has mailed the original and sent a copy to the file.(sac) (Entered: 02/05/2008) |
| 01/07/2008 | 4 | OPINION AND ORDER finding as moot 3 The court has considered all of the petitioner's arguments. To the extent not specifically addressed above, they are either moot or without merit. The petitioner's motion's are therefore DENIED. Because the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a COA purs to 28:2253(c). The clerk is directed to enter a judgment dismissing the petition and denying the motion to amend the pre-sentence report and close the cases, 04cr1229 & 07cv6054 (JGK). So ordered. (Related to 04cr1229). (Signed by Judge John G. Koeltl on 12/7/07) (pr) Modified on 1/8/2008 (pr). (Entered: 01/08/2008) |
| 01/08/2008 | 5 | CLERK'S JUDGMENT in favor of USA against Guillermo Mateo that the petition is denied as is the issuance of a certificate of appealabilty. (Signed by J Michael Mc Mahon, Clerk on 1/8/08) (jf) (Entered: 01/08/2008) |
| 01/18/2008 | 6 | ORDER It is hereby ordered that Thomas F.X. Dunn, Esq. is hereby appointed as counsel for the defendant/petitioner Guillermo Mateo for all purposes. The appointment shall be nunc pro tunc as of October 3, 2007. So Ordered.(related to 04cr1229) (Signed by Judge John G. Koeltl on 1/16/08) (pr) (Entered: 01/22/2008) |
| 03/03/2008 | | NOTICE OF APPEAL from 5 Clerk's Judgment. Document filed by Guillermo Mateo. Copies mailed to attorney(s) of record: A.U.S.A. *(ORIGINAL DOCUMENT ENTERED IN CRIMINAL CASE #04cr1229, DOC. #44.)* (tp) (Entered: 03/07/2008) |
| 03/03/2008 | | Appeal Remark as to Notice of Appeal filed by Guillermo Mateo. CJA GRANTED 10/3/07. COA DENIED 12/7/07. (tp) (Entered: 03/07/2008) |
| 03/05/2008 | | PRO SE MEMORANDUM dated 2/15/2008 re: CHANGE OF ADDRESS for Guillermo Mateo. New Address: # 53183-054, Moshannon Valley Correctional Facility, 555 I Cornell Drive, Philipsburg, PA, 16866. (jmi) (Entered: 03/05/2008) |
| 03/07/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: Notice of Appeal. (tp) (Entered: 03/07/2008) |
| 03/07/2008 | | Transmission of Notice of Appeal to the District Judge re: Notice of Appeal. (tp) (Entered: 03/07/2008) |