MANDATE

USDC
DOCUMEN
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

S.D.N.Y. - N.Y.C.
07-cv-6054
Koeltl, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of June , two thousand eight,

Present:

    Hon. Chester J. Straub,
    Hon. Reena Raggi,
        *Circuit Judges,*
    Hon. William K. Sessions, III,*
        *District Judge.*



Guillermo Mateo,

        *Petitioner-Appellant,*

    v.                      08-1131-pr

United States of America,

        *Respondent-Appellee.*

Appellant, *pro se*, moves for a certificate of appealability. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because Appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c);*Miller-El v. Cockrell*, 537 U.S. 322 (2003).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

        By: *[signature]*

---

    *The Honorable William K. Sessions, III, Chief Judge of the United States District Court for the District of Vermont, sitting by designation.

SAO-KFW

A TRUE COPY
Thomas Asreen, Acting Clerk

by *[signature]* Gislaine Phillip
    Deputy Clerk

ISSUED AS MANDATE: AUG 1 5 2008